**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Roshell Jones
Attorney at Law
495 Zick Miller Road
Sunset LA 70584

| |
|---|
| Judgment on rehearing rendered and mailed to all parties or counsel of record on May 26, 2021 |

**REHEARING ACTION: May 26, 2021**

**Docket Number: 20   00314-WCA**

**TONI MARIE JONES**
**VERSUS**
**PROGRESSIVE BAPTIST CHURCH**
**OF LOUISIANA AND CHURCH MUTUAL INSURANCE COMPANY**

**Appealed from Office of Workers' Compensation - # 4 Case No. 18-01614**

<u>**BEFORE JUDGES**</u>**:**

>   Hon. Shannon J. Gremillion
>   Hon. Van H. Kyzar
>   Hon. Jonathan W. Perry

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Toni Marie Jones** has this day been

>   **DENIED.**

cc: Daniel A. Webb, Counsel for the Appellee